# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARK E. ORR, by and through his Guardian and Conservator, LORI K. ORR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.:   2:07-CV-2480 KHV |
| v. | ) ) | |
| AMERICAN ECONOMY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

UPON Plaintiff Mark E. Orr's Voluntary Dismissal Without Prejudice of Defendant American Economy Insurance Company and for good cause shown, IT IS HEREBY ORDERED that the above action be dismissed without prejudice.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

Dated: January 31, 2007